IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | CASE NO. CR506-05 |
| ANTHONY WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## O R D E R

Before the Court is Defendant Anthony Williams's "Notice to Clerk." (Doc. 202.) Defendant requests that the sentence imposed by this Court on November 29, 2007 be reduced for acceptance of responsibility.

The Court already considered whether to award a two-point reduction for acceptance of responsibility based upon Defendant's decision to plead guilty. At sentencing, the Court denied credit for acceptance of responsibility because of Williams's continued drug use while on pretrial release. See United States v. Gonsalves, 121 F.3d 1416, 1420 (11th Cir. 1997)(denying adjustment for acceptance of responsibility where the defendant tested positive for drug use during his pretrial release). The Court finds no reasons to disturb its previous decision, and the request is therefore **DENIED**.

The Court also denies the Government's request that William's "Notice to Clerk" be construed as a petition pursuant to 28 U.S.C. § 2255.

SO ORDERED this 21ST day of July, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA