AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia
Waycross Division

2008 JUL 21 PM 2:26

United States of America
v.
Anthony Williams

Case No: CR506-00005-006
USM No: 12762-021

Date of Previous Judgment: November 29, 2007
(Use Date of Last Amended Judgment if Applicable)

Edward F. Smith
Defendant's Attorney

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[X] DENIED. [ ] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | Previous | Amended |
|---|---|---|
| Offense Level: | 22 | 22 |
| Criminal History Category: | I | I |
| Guideline Range: | 41 to 51 months | 41 to 51 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

### III. ADDITIONAL COMMENTS
Defendant was sentenced on November 29, 2007, and the Court correctly determined his offense level based on the amended drug quantity table; therefore, the retroactive crack cocaine amendment is not applicable in his case.

Except as provided above, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 21, 2008

William T. Moore, Jr.
Chief Judge, U. S. District Court

Effective Date: _____
(if different from order date)